Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of N Y
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name:** Sidney & Lauren Berger Qualified Personal Residence Trust

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names
IRMA LAUREN YETERIAN BERGER
LAUREN BERGER

**3. Debtor's federal Employer Identification Number (EIN)** 32-6219191

**4. Debtor's address**

Principal place of business

26 Griffing Avenue

Westhampton Beach NY 11978

Mailing Address:
330 W. 56th St. Apartment 15G
New York, NY. 10019

**5. Debtor's website (URL)** _____NA_____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor _____  Case number *(if known)*_____
     Name

**A6. Type of debtor**  ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP) ☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201              page 1

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  ☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

1133

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the**

☒ No
☐ Yes.

District _____ When _____ Case number _____ MM / DD / YYYY
District _____ When _____ Case number _____
                                                                           MM / DD / YYYY

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor   Sidney and Lauren Berger Qualified Personal Residence Trust          Case number (*if known*)_____
         Name

last 8 years?

If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ☒ Yes.

List all cases. If more than 1, attach a separate list.

Debtor: S.L.B. Essex Family Limited Partnership Owned by Lauren Berger

District  United States Bankruptcy Court for the Southern District of NY   When   10/21/2019 (when the instant case filed )Case number, if known _____

11. **Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district

.

Debtor _____ Name _____                                        Sidney & Lauren Berger Qualified Family Trust _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____   ☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?  26 Griffing Avenue Westhampton Beach, New York 11978

                                  City                                          State      ZIP Code

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one: ☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

Debtor ___Sidney and Lauren Berger Qualified Personal Residence Trust___
       Name

Case number (if known)_____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/18/19
            10/21/2019

X /s/ Irma Lauren Yeteria Berger
Signature of authorized representative of debtor     Irma Lauren Yeterian Berger
                                                            Printed name

Title  owner and Manager

**18. Signature of attorney**

X
___/s/ gary goldstein___
Signature of attorney for debtor

Date  10/21/2019
     MM / DD / YYYY

Printed name Gary A. Goldstein (motion for Pro Hac vice admission being filed with petition)

Firm name Gary Goldstein, PA

Number   Street
___1710 Lands End Rd___
City Manalapan, Florida  33462 (Mail receipt address)     ZIP Code

___561-373-0327___
Contact phone                                        ___gary@gagpa.com___
   ___Maryland Federal Bar # 00825___          Email address
Bar number                                          ___Maryland___
                                                        State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is N/A

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                              $3,000,000

   b. Total debts (including debts listed in 2.c., below)    $   2,500,000

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____

   d. Number of shares of preferred stock                                _____
   e. Number of shares common stock                                      _____

   Comments, if any: _____
   _____

3. Brief description of debtor's business owns a single family house in Westhampton beach NY which will be rented and rent used to service secured creditor debt:  _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Irma Lauren Yeterian Berger
_____
_____
_____